

21 Roszel Road, P.O. Box 5226
Princeton, NJ 08540-5226
main 609.924.0808
fax 609.452.1888

WRITER'S DIRECT DIAL: (609) 734-6318
Email: sswatski@hillwallack.com

August 8, 2025

**Via eFiling**
Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



      Re:    **Doron Fetman and Toby Hassan-Fishman v. Matthew Caiola** *et al.*
             **Civil Case No. 1:25-cv-05908**
             **Request to Reschedule Court Conference**

Dear Judge Failla:

      This firm represents Defendant Matthew Caiola in the above-referenced matter. Pending before Your Honor is a request for leave to file a Motion to Dismiss the Verified Complaint. To address the parties' arguments made with respect to that request, the Court scheduled a telephonic conference on August 21, 2025. I have a medical procedure scheduled that day. Accordingly, I am respectfully requesting that the conference be rescheduled to the following week. This request is made with the consent of counsel for Plaintiffs. Both counsel are available prior to 12 p.m. on Tuesday, August 26, 2025 and all day on Wednesday, August 27, 2025.

      Thank you for Your Honor's time and courtesies.

                                                  Respectfully submitted,

                                                  */s/Susan L. Swatski*

                                                  Susan L. Swatski

cc: Bruce Minsky, Esq. (via email and efiling)

Application GRANTED. The pre-motion conference previously scheduled for August 21, 2025, is hereby ADJOURNED to **August 27, 2025,** at **11:00 a.m.** The Court wishes Ms. Swatski the best for her upcoming medical procedure.

The Clerk of Court is directed to terminate the pending motion at docket entry 9.

Dated:    August 11, 2025          SO ORDERED.
          New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE