UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DORON FETMAN, et al.,

    Plaintiffs,

-against-

MATTHEW CAIOLA, et al.,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/25

25-CV-05908 (KPF) (BCM)

**ORDER RE SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received the motion of defendant Matthew Caiola (Dkt. 16) requesting to adjourn the November 10, 2025 settlement conference because plaintiffs failed to respond to his efforts to schedule a meet and confer, as required by Judge Moses's September 24, 2025 Settlement Conference Scheduling Order. (Dkt. 12 ¶ 2).

The parties are hereby DIRECTED to promptly comply with their obligations under Paragraphs 2 and 3 of the Settlement Conference Scheduling Order.

No later than **November 7, 2025**, the parties must contact Courtroom Deputy Tamika Kay at (212) 805-0228 to reschedule the in-person settlement conference for a later date in November 2025.

The Clerk of Court is respectfully directed to close the motion at Dkt. 16.

Dated: New York, New York
       November 4, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**