USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DORON FETMAN, et al.,

        Plaintiffs,

    -against-

MATTHEW CAIOLA,

        Defendants.

25-CV-05908 (KPF) (BCM)

**ORDER RESCHEDULING
SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

The settlement conference previously scheduled for November 10, 2025, is hereby ADJOURNED to **November 18, 2025**, at **2:00 p.m.** The parties must submit their Confidential Settlement Letters and Acknowledgment Forms (*see* Dkt. 12 ¶¶ 3, 4) no later than **November 14, 2025**. All other provisions of the Court's September 24, 2025 Order Scheduling Settlement Conference (Dkt. 12), including the in-person attendance requirements, remain in effect.

Dated: New York, New York
      November 10, 2025

                        **SO ORDERED.**

                        **BARBARA MOSES**
                        **United States Magistrate Judge**