UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DORON FETMAN and TOBY HASSAN-FISHMAN,<br><br>                              Plaintiffs,<br><br>                    -v.-<br><br>MATTHEW CAIOLA and JOHN/JANE DOES 1-10,<br><br>                              Defendants. | 25 Civ. 5908 (KPF) (BCM)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

In light of the stalled settlement negotiations before Magistrate Judge Barbara C. Moses (*see* Dkt. #24), the parties are ORDERED to meet and confer and submit to the Court on or before **December 3, 2025**, a proposed schedule for Defendants' contemplated motion to dismiss.

SO ORDERED.

Dated:  November 19, 2025
        New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge