

21 Roszel Road, P.O. Box 5226
Princeton, NJ 08540-5226
main 609.924.0808
fax 609.452.1888

December 16, 2025

**VIA ECF**
Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York  10007

MEMO ENDORSED

Re:   **Doron Fetman and Toby Hassan-Fishman v. Matthew Caiola** *et al.*
      **Civil Case No. 1:25-cv-05908**
      **Request to Seal Defendant's Motion to Dismiss or Alternatively,**
      **Motion to Strike**

Dear Judge Polk Failla:

Pursuant to the Scheduling Order, on December 15, 2025, Defendant filed a Motion to Dismiss the Amended Complaint or Alternatively, to Strike Certain Allegations in the Amended Complaint.  We respectfully request that the Motion be sealed, and Defendant be allowed to refile the Motion placing Exhibit A to the Affidavit of Susan L. Swatski, Esq. under seal.

If this request is amendable to the Court, we respectfully request that Your Honor "So Order" this letter and enter it on the Docket.

Thank you for Your Honor's consideration.

Respectfully submitted,

*/s/ Susan L. Swatski*

Susan L. Swatski

cc: Bruce Minsky, Esq. (via email and ECF)



Application GRANTED.  But there is no need for Defendant to re-file the motion.  Instead, the Clerk of Court is directed to SEAL docket entry 28-3 (but not any of the other documents within docket entry 28) and is further directed to terminate the pending motion at docket entry 29.

Dated:    December 16, 2025          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE