UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DORON FETMAN and TOBY HASSAN-FISHMAN,

Plaintiffs,

-v.-

MATTHEW CAIOLA and JOHN/JANE DOES 1-10,

Defendants.

25 Civ. 5908 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court is prepared to issue an oral decision regarding Defendant's motion to dismiss Plaintiffs' First Amended Complaint. (*See* Dkt. #28). Accordingly, the parties are ORDERED to appear for a telephonic conference on **September 10, 2026**, at **10:00 a.m.**, when the Court understands both parties are available. At the scheduled time, the parties shall dial (855) 244-8681 and enter access code 2315 780 7370.

SO ORDERED.

Dated: August 31, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge